JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA HERNANDEZ VASQUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>MARSHALLS OF CA LLC,<br><br>      Defendant. | Case No. 2:23-cv-10889-SB-MAR<br><br>ORDER OF DISMISSAL |

    The parties filed a stipulation to stay this matter pending arbitration. Dkt. No. 14. The Court may stay or dismiss an action when all claims are subject to arbitration and the parties agree to arbitrate the claims. See *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (noting that a district court may stay or dismiss an action when all claims are subject to arbitration). This case is hereby DISMISSED without prejudice.

    Any party objecting to dismissal must file an objection along with an explanation for the objection no later than February 2, 2024. If an objection is filed, all parties must appear in person for a hearing on February 16, 2024 at 8:30 a.m. in Courtroom 6C. Absent any objection, this order will become final and the hearing will be vacated without further order of the Court.

Date: January 22, 2024

                                                Stanley Blumenfeld, Jr.
                                            United States District Judge